UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIJAY C. PATEL, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1090 JAM AC<br><br><br>ORDER |

　　　This proceeding was referred to this court by Local Rule 302(c)(21). Pending before the court is defendants' Motion to be Heard to Vacate Default (ECF No. 11) and Motion to Dismiss (ECF No. 12). The motions will be denied without prejudice for failing to comply with E.D. Cal. R. ("Local Rule") 230.

　　　The court has determined that the case will benefit from an early status conference. Scheduling pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240 will be deferred to a later date; this early status conference is intended only to educate defendants regarding court procedures, address administrative matters suggested by defendants' filings, and discuss ADR options. Status reports are not required.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2. 1. Defendants' Motion to be Heard to Vacate Default (ECF No. 11) and Motion to Dismiss (ECF No. 12) are DENIED without prejudice to their renewal following the status conference.
3. 2. A Status Conference is set for August 9, 2017 at 10:00 a.m. in courtroom no. 26 before the undersigned. All parties shall appear by counsel or in person if acting without counsel.

DATED: July 27, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2