1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                          No.  2:17-cv-1090 JAM AC PS

12                  Plaintiff,

13        v.                                 <u>ORDER</u>

14   VIJAY C. PATEL, et al.,

15                  Defendants.

16

17        By order of the court (ECF No. 13), a status conference was held before the undersigned

18   on August, 9, 2017.  Mary Irene Melton appeared on behalf of the plaintiff.  Defendant Rekha V.

19   Patel appeared in pro per.  Based upon the discussion with the parties at the hearing and good

20   cause appearing, IT IS HEREBY OREDERED that:

21        1.  The Clerk of the Court is directed to VACATE the July 18, 2017 and August 3, 2017

22            entries of default (ECF Nos. 10, 15);

23        2.  Defendants shall file a responsive pleading no later than 30 days from the lifting of the

24            stay imposed below;

25        3.  This action is STAYED pending further order of the court;

26        4.  The parties are directed to promptly meet and confer to discuss settlement of this

27            action.  Settlement discussions require focus and preparation and should involve the

28            attorneys who will try the case and the person or persons having full authority to

                                            1

negotiate and settle the case on any terms.  Plaintiff should initiate settlement discussions by providing a written itemization of damages and a meaningful settlement demand that includes an explanation of why the demand is appropriate. Defendant should respond with an acceptance of the offer or with a meaningful counteroffer, and which includes an explanation of why the counteroffer is reasonable. The parties should continue in this way until they reach settlement or have exhausted informal settlement efforts.

5. If the parties have not been able to informally reach a settlement within 45 days, the parties shall initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov.[1]

6. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

7. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

IT IS SO ORDERED.

DATED: August 9, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The resources of the VDRP program are limited, and the parties are expected to make good faith efforts to timely and fully exhaust informal settlement efforts prior to initiating participation in the VDRP.  The court will look with disfavor upon parties stalling or failing to participate in the above-mentioned initial informal discussions, prompting potentially unnecessary participation in the VDRP and straining the program's resources.