UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> VIJAY C. PATEL; <br> REKHA V. PATEL; and Does 1-10, <br><br> Defendants. | Case: 2:17-CV-01090-JAM-AC <br><br> **ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: November 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE